# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| RYAN SLAUGHTER,<br><br>                    Plaintiff,<br><br>- against -<br><br>CENTRAL CREDIT SERVICES,<br><br>                    Defendant. | Docket No. 1:17-cv-02252-RBK-AMD |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of her claims against Central Credit Services, in the above-captioned matter, without prejudice.  A proposed Order of Dismissal is annexed hereto as Exhibit A.

Dated:        October 27, 2017

| MARCUS & ZELMAN, LLC | SESSIONS FISHMAN NATHAN & ISRAEL LLC |
|---|---|
| Attorneys for Plaintiff | *Attorneys for Defendant* |
| *Ryan Slaughter* | *Central Credit Services* |
| | |
| By:  ___/s/ Yitzchak Zelman_____ | By:  _/s/ Ross S. Enders_____ |
|         Yitzchak Zelman, Esq. (YZ5857) |         Ross S. Enders, Esq. |
| 1500 Allaire Avenue, Suite 101 | 2303 Oxfordshire Road |
| Ocean, New Jersey 07712 | Furlong, Pennsylvania 18925 |
| Tel:  (732) 695-3282 | Tel: (215) 794-7207 |
| Fax: (732) 298-6256 | Fax: (215) 794-5079 |
| Email:  yzelman@marcuszelman.com | Email: renders@sessions-law.biz |